**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:24-cv-03456-CNS-STV**

DMITRY CHERNYAK, *on behalf of himself and all others similarly situated,*

Plaintiff,

v.

PREPPERVERSE INC. D/B/A PREPPERBAR, and GENESIS GOLD GROUP, INC.,

Defendants.

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Dmitry Chernyak ("Plaintiff") hereby dismisses this action without prejudice to Plaintiff's individual claims or the claims of the proposed classes, pending execution of a settlement between the parties, at which point Plaintiff will dismiss his claims *with* prejudice. Plaintiff therefore requests that all deadlines be vacated and that this matter be administratively closed, but requests that the Court retain jurisdiction over this matter until October 17, 2025, at which point Plaintiff will file a notice converting his dismissal to one with prejudice.

Date: May 6, 2025 By: */s/ Alex D. Kruzyk*

Alex D. Kruzyk
Bryan A. Giribaldo
**PARDELL, KRUZYK & GIRIBALDO, PLLC**
7500 Rialto Blvd. Suite 1-250
Austin, Texas 78735
akruzyk@pkglegal.com

bgiribaldo@pkglegal.com
Tele: (561) 726-8444

*Counsel for Plaintiff*